Cardillo & Corbett
Attorneys for Plaintiff
BAJA FERRIES USA LLC
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
James P. Rau (JR-7209)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BAJA FERRIES USA LLC,                :
                                     :
                    Plaintiff,       :
                                     :   RULE 7.1 STATEMENT
          -against-                  :
                                     :
CALDER SEACARRIER CORP.              :
a/k/a CALDER SEA CARRIER CORP.,      :
FENBY CO. a/k/a FENBY CO. LTD.,      :
UNITED SHIPPING AGENCY SRL,          :
BRISTOL MARINE CO. LTD. and BML      :
CHARTERING                           :
                                     :
                    Defendants.      :
------------------------------------x

08 CIV 6031

JUDGE CAIN

RECEIVED JUL 0 2 2008 ECF

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, BAJA FERRIES USA LLC (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
          July 2, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff,
                              BAJA FERRIES USA LLC

                              By: _____
                                   James P. Rau (JR 7209)